IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRIAN GRANBERRY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-4329 |
| STEVEN T. BYRNE & THE CITY OF CHESTER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *13th* day of *October*, 2011, upon consideration of Plaintiff Tyrian Granberry's Motion to Disqualify Counsel for Conflict of Interest (Docket No. 7) and the Response of Defendants Steven T. Byrne and the City of Chester (Docket No. 8), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.